

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00222-CV

_____

EX PARTE D.R.

On Appeal from the 362nd District Court
Denton County, Texas
Trial Court No. 19-6118-362

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

The parties, through their attorneys, have signed and filed a "Settlement Agreement" under Texas Rule of Appellate Procedure 42.1(a)(2)(B), and they have asked this court to vacate the trial court's judgment and remand this cause for entry of an agreed order of expunction. *See* Tex. R. App. P. 42.1(a)(2)(B). In accordance with the parties' agreement, we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement. *See id.*

Per Curiam

Delivered: January 7, 2021